U.S. Equities Corp., Plaintiff-Appellant, 
against
Melaneo J. Brito, Defendant-Respondent.




Plaintiff appeals from an order of the Civil Court of the City of New York, New York County (Sabrina B. Kraus, J.), entered June 25, 2019, which granted defendant's motion to vacate a default judgment to the extent of setting the matter down for a traverse hearing.




Per Curiam.
Appeal from order (Sabrina B. Kraus, J.), entered June 25, 2019, dismissed, without costs and without prejudice.
The underlying order is not appealable because it does not recite the papers used on the motion (see CPLR 2219[a]; Arena v City of New York, 23 AD2d 847 [1965]). In fact the words "foregoing cited papers" are crossed out in the order and replaced with the word "annexed", without specification of what papers the court considered. Our disposition is without prejudice to plaintiff moving in Civil Court for resettlement of the order to reflect the papers considered (see Matter of Stonchius, 209 AD2d 705 [1994]) and to appeal the resettled order.
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur 
Decision Date: December 26, 2019